IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Anthony Jones,        Case No. 3:10 CV 1173

    Petitioner,        MEMORANDUM OPINION
                               AND ORDER
  -vs-
                               JUDGE JACK ZOUHARY
Robert Welch,

    Defendant.

The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 13). Under the relevant statute (28 U.S.C. § 636(C)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court adopts the R&R (Doc. No. 13) in its entirety. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) and his Motion to Produce Transcripts (Doc. No. 10) are each denied.

IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                             JACK ZOUHARY
                                             U. S. DISTRICT JUDGE

                                             May 13, 2010